# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| MARI PREM | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CV 20-00399 JAO-RT |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| WING SPIRIT INC., a Hawaii Corporation; TEIJIRO HANDA, Individually; PROSERVICE PACIFIC, LLC, a Hawaii Limited Liability Company; DOE DEFENDANTS 1-20; DOE CORPORATE ENTITIES 1-20 | March 16, 2022<br><br>At 9 o'clock and 55 min a.m.<br>MICHELLE RYNNE, CLERK |
| Defendant. | |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to the "Order Granting Defendant Teijiro Handa's Motion to Dismiss Pursuant to Rules 12(b) (I) and 12(b)(6) of the Federal Rules of Civil Procedure", ECF No. 48, filed on March 16, 2022. Plaintiff's Title VII claim is dismissed for failure to state a claim and the Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims, which are dismissed without prejudice.  Defendants ProService Pacific LLC and Wing Spirit, Inc. were dismissed from this action pursuant to the stipulations for dismissal, filed on November 3, 2020 and October 7, 2021, ECF Nos. 20 and 33, respectively.

| | |
|---|---|
| March 16, 2022 | MICHELLE RYNNE |
| Date | Clerk |
| | /s/ Michelle Rynne by EA |
| | (By) Deputy Clerk |